# Court of Appeals
# of the State of Georgia

ATLANTA, 05/08/2012

*The Court of Appeals hereby passes the following order:*

**A12I0224. DEBORAH BONDS, ET AL. v. REGINALD CHARLES NESBITT.**

Deborah Bonds has applied for interlocutory review of the trial court's order granting partial summary judgment to Dr. Reginald Charles Nesbitt in this medical malpractice action. The trial court's order also denied Bonds's motion to exclude a witness, granted Nesbitt's motion to exclude a witness, and ordered a second deposition of Bonds's expert witness. Under OCGA § 9-11-56 (h), the grant of partial summary judgment on any issue or as to any party is reviewable by direct appeal. *Olympic Dev. Group v. American Druggists' Ins. Co.*, 175 Ga. App. 425 (1) (333 SE2d 622) (1985). Thus, the order in this case is subject to direct appeal. Moreover, all rulings within that order and any other non-final rulings entered in the case may also be raised as part of such a direct appeal. See OCGA § 5-6-34(d); *Southeast Ceramics v. Klem,* 246 Ga. 294, 295 (1) (271 SE2d 199) (1980).

"This Court will grant a timely application for interlocutory review if the order complained of is subject to direct appeal and the applicants have not otherwise filed a notice of appeal." *Spivey v. Hembree*, 268 Ga. App. 485, 486, n. 1 (602 SE2d 246) (2004). Accordingly, this application for interlocutory appeal is hereby GRANTED, and Deborah Bonds shall have ten days from the date of this order to file a notice of appeal in the trial court, if one has not already been filed. The trial court clerk is instructed to include a copy of this order in the appellate record.

Dr. Nesbitt's "Motion and Brief Pursuant to Ct. of App. Rule 24 (F)" is hereby DENIED.



*Court of Appeals of the State of Georgia*

> *Clerk's Office, Atlanta, 05/08/2012*
>
> *I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

> *Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

_____ , *Clerk.*